# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# AMARILLO DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,       } } } | |
| Plaintiff,       } } | CIVIL ACTION NO. 2:23-CV-092-Z-BR |
| v.       } } } | |
| PETE'S CAR SMART, INC.       } } | |
| Defendant.       } } | |

## JOINT MOTION TO ENTER CONSENT DECREE

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiff United States Equal Employment Opportunity Commission ("EEOC") and Defendant Pete's Car Smart, Inc. ("Defendant") have resolved all matters regarding EEOC's Complaint in this litigation, as evidenced by their signatures on the Consent Decree accompanying this Motion (Exhibit "A"), which enumerates all terms of their agreement.

WHEREFORE, PREMISES CONSIDERED, EEOC and Defendant respectfully request that this Court enter the Consent Decree attached to this Motion, and to retain jurisdiction of this matter to enforce the terms and conditions of the attached Consent Decree.

*Attorneys for Plaintiff*
ROBERT A CANINO
Regional Attorney
Oklahoma State Bar No. 011782

SUZANNE M. ANDERSON
Assistant Regional Attorney
Texas State Bar No. 14009470

/s/ Brooke E. López
BROOKE E. LÓPEZ
Trial Attorney
Texas State Bar No. 24125141

BRIAN HAWTHORNE
Trial Attorney
Texas State Bar No. 24116494

Equal Employment Opportunity Commission
Dallas District Office
207 Houston, 3rd Floor
Dallas, Texas 75202
(TEL) (972) 918-3597

*Attorney for Defendant*
/s/ [signature]
ELIZABETH CHERMEL
Trial Attorney
Texas State Bar No. 24074026

Mullin, Hoard & Brown, LLP
Dallas Office
2515 McKinney Avenue, Suite 900
Dallas, Texas 75201
(TEL) 214-754-0040