IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>    Plaintiff,<br><br>v.<br><br>PETE'S CAR SMART, INC.<br><br>    Defendant. | 2:23-CV-92-Z-BR |

## NOTICE

The Court has **APPROVED** the Parties' Consent Decree, which resolves and disposes of all matters in this case. The Court therefore **DIRECTS** the United States District Clerk to close the case.

The Court issues notice accordingly.

February 14, 2024.

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE